UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FORRESTT G. BARNES,<br><br>Defendant. | Case No. 3:10-CR-065-BLW<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

The Court has before it Plaintiff's Motion to Dismiss Indictment Without Prejudice (Dkt. 47). Good cause appearing, the Court will grant the motion. Accordingly,

**ORDER**

**IT IS ORDERED:**

1. Plaintiff's Motion to Dismiss Indictment Without Prejudice (Dkt. 47) is **GRANTED**. The Indictment against Defendant Barnes is DISMISSED WITHOUT PREJUDICE.

DATED: **November 19, 2010**



B. LYNN WINMILL
Chief U.S. District Court Judge